**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Mayo Clinic,<br><br>Plaintiff,<br><br>v.<br><br>Jeffrey Lee Kittle,<br>KPG Corp. f/k/a HKP Corp.,<br>HKP Corp. Group Benefit Plan,<br>Group & Pension Administrators, Inc.,<br>MultiPlan, Inc.<br><br>Defendants. | ) | Case No.: 0:21-cv-00693-JRT-DTS |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Mayo Clinic, by and through its undersigned counsel, hereby discloses to the Court and parties in this matter that there is no parent corporation of Plaintiff or publicly held corporation owning 10% or more of Plaintiff's stock. Plaintiff is a Minnesota Non-Profit Corporation and is not publicly traded.

Dated: April 29, 2021

**D.S. ERICKSON & ASSOCIATES, PLLC**

By s/ Timothy J. Henkel

Timothy J. Henkel (#0389403)
7650 Edinborough Way, Suite 500
Edina, MN 55435
Phone: (612) 333-7600
Facsimile: (612) 333-7611
Email: timothy.henkel@dserickson.com
ATTORNEY FOR PLAINTIFF
MAYO CLINIC