**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff

v.

Jeffrey Lee Kittle,
KPG Corp., f/k/a HKP Corp.,
HKP Corp. Group Benefit Plan,
Group & Pension Administrators, Inc.,
and MultiPlan, Inc.,

Defendants.

Case No. 21-cv-00693(JRT-DTS)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

Plaintiff Mayo Clinic ("Plaintiff") and Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc., by and through their undersigned counsel, hereby stipulate and agree to extend the deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint as follows:

WHEREAS, on or about February 15, 2021, Plaintiff served Defendant Jeffrey Kittle with a Complaint, which was filed in the District Court for the Third Judicial District, Olmstead County, Minnesota;

WHEREAS, Defendant Kittle filed a notice of removal to the United States District Court, District of Minnesota on or about March 12, 2021;

WHEREAS, on or about April 1, 2021, Jeffrey Kittle filed an Answer to Plaintiff's Complaint.

WHEREAS, on or about April 22, 2021, Plaintiff filed its First Amended Complaint, naming the defendants in the caption above;

WHEREAS, on or about May 3, 2021, Plaintiff served Group & Pension Administrators, Inc. with a Summons and the First Amended Complaint filed in this action.

WHEREAS, on May 17, 2021, Plaintiff served Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. with Summonses and the First Amended Complaint filed in this action;

WHEREAS, the parties have agreed that the deadline for Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. to file an answer or other response to the Amended Complaint should be extended to June 17, 2021; and,

WHEREFORE, it is hereby stipulated and agreed that Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. shall respond to the Amended Complaint on or before June 17, 2021.

D.S. ERICKSON & ASSOCIATES, PLLC

Date: June 4, 2021

By: /s/ Gregory E. Hanson

Timothy J. Henkel (#0389403)
Gregory Eric Hanson (#0395404)
7650 Edinborough Way, Suite 500
Edina, MN 55435
Tel: (612) 333-7600
Fax: (612) 333-7611
Email: timothy.henkel@dserickson.com
gregory.hanson@dserickson.com

Attorneys for Plaintiff

**FOX ROTHSCHILD LLP**

Date: June 4, 2021

By: /s/ Bret A. Puls

Bret A. Puls (#305157)
Two22 Building
222 South Ninth St., Suite 2000
Minneapolis, Minnesota 55402-3338
Tel: (612) 607-7000
Fax: (612) 607-7100
Email: bpuls@foxrothschild.com

Attorneys for Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.