**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff

v.

Jeffrey Lee Kittle,
KPG Corp., f/k/a HKP Corp.,
HKP Corp. Group Benefit Plan,
Group & Pension Administrators, Inc.,
and MultiPlan, Inc.,

Defendants.

Case No. 21-cv-00693(JRT-DTS)

**PROPOSED ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

This matter came before the undersigned via the parties' Stipulation for Extension of Time to Respond to Amended Complaint (Docket No. 14) ("Stipulation") signed by counsel for Plaintiff and Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. Based upon the Stipulation, it is HEREBY ORDERED THAT:

1. The Stipulation is GRANTED; and,
2. Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. shall respond to Plaintiffs' Amended Complaint on or before June 17, 2021.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: ______________, 2021

_________________________________
David T. Schultz
United States Magistrate Judge