**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff

v.

Jeffrey Lee Kittle;
KPG Corp., f/k/a HKP Corp.;
HKP Corp. Group Benefit Plan;
Group & Pension Administrators, Inc.;
and MultiPlan, Inc.,

Defendants.

Case No. 21-cv-693 (JRT-DTS)

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

Plaintiffs and Defendants KPG Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. filed a Stipulation for Extension of Time to Respond to Amended Complaint (Dkt. No. 14). Based upon the Stipulation, **IT IS HEREBY ORDERED:** Defendants KPG Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. shall respond to Plaintiffs' Amended Complaint on or before June 17, 2021.

Dated: June 8, 2021

s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge