AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Mayo Clinic,

*Plaintiff,*

v. Case No. 0:21−cv−00693−JRT−DTS

KPG Corp. , et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Group & Pension Administrators, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D Scott Erickson
7650 Edinborough Way
Ste 500
Edina, MN
55435

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:




Kate M. Fogarty, Clerk of Court

Date of Issuance: April 22, 2021

Civil Action No. 0:21–cv–00693–JRT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Group & Pension Administrators, Inc. was received by me on *(date)* Apr 29, 2021, 1:06 pm.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* General Counsel, J. W. Dewbre , who is designated by law to accept service of process on behalf of *(name of organization)* Group & Pension Administrators, Inc. on *(date)* Mon, May 03 2021 at 10:22 am ; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 05/03/2021

[signature]

*Server's signature*

Mauricio Segovia, Process Server# PSC-1689

*Printed name and title*

400 N ERVAY ST #131122, DALLAS, TX 75201-3112

*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: May 3, 2021, 10:22 am CDT at COMPANY: 12770 MERIT DR 2ND FLOOR, DALLAS, TX 75251-1206 received by Group & Pension Administrators, Inc., accepted by General Counsel, J. W. Dewbre

Documents: SUMMONS IN A CIVIL ACTION, PLAINTIFF'S FIRST AMENDED COMPLAINT