AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Mayo Clinic,

*Plaintiff,*

v. Case No. 0:21–cv–00693–JRT–DTS

KPG Corp. , et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: HKP Corp. Group Benefit Plan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D Scott Erickson
7650 Edinborough Way
Ste 500
Edina, MN
55435

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: [Seal: U.S. DISTRICT COURT DISTRICT OF MINNESOTA] Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: April 22, 2021

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:21–cv–00693–JRT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* HKP Corporation 310 E. 96th St, Indianapolis, IN 46240
was received by me on *(date)* 05/12/2021 .

I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* __________ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* __________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Chantel Crabtree, who is
designated by law to accept service of process on behalf of *(name of organization)* HKP Corporation
______________ on *(date)* 05/17/2021; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $____________ for travel and $____________ for services, for a total of $____________.

I declare under penalty of perjury that this information is true.

Date: 05/17/2021

Mark Fleming
*Server's signature*

Mark Fleming / Process Server
*Printed name and title*

PO Box 287, Upland, IN 46989
*Server's address*

Additional information regarding attempted service, etc: