UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Plaintiff / Petitioner:**

MAYO CLINIC

**Defendant / Respondent:**

JEFFREY LEE KITTLE, KPG CORP. f/k/a HKP CORP., HKP CORP., GROUP BENEFIT PLAN, GROUP & PENSION ADMINISTRATORS, INC., MULTIPLAN, INC.

## AFFIDAVIT OF SERVICE

**Index No:**
**0:21-cv-00693-JRT-DTS**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at PO Box 582, Guilderland, NY 12084. That on Fri, Apr 30 2021 AT 02:10 PM AT 80 STATE STREET, ALBANY, NY 12207 deponent served the within SUMMONS IN A CIVIL ACTION, PLAINTIFF'S FIRST AMENDED COMPLAINT on MULTIPLAN, INC. VIA CSC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** MULTIPLAN, INC. a defendant, therein named, by delivering a true copy of each to Jane Doe, Authorized Employee of CSC personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be an Authorized Agent thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to __________ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, __________, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on __________.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 65 Ethnicity: Caucasian Gender: Female Weight: 110
Height: 5'1" Hair: Gray Eyes: ____ Relationship: ____
Other Glasses

Austin Taylor

Sworn to before me on 5/3/2021

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024