**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**PRETRIAL CONFERENCE MINUTES**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Kittle, et al.,

Defendants.

**COURT MINUTES**
BEFORE: David T. Schultz
United States Magistrate Judge

Case Nos. 21-cv-693 (JRT/DTS)
Date: June 15, 2021
Location: zoom
Time Commenced: 11:00 am
Time Concluded: 11:25 am
Total Time: 25 minutes

---

APPEARANCES:

Plaintiff: Gregory Hanson

Defendant: Cameron Woods (for Kittle)
Bret Puls (for KPG Corp., et al.)
Errol King, Justice Lindell (for MultiPlan, Inc.)

PROCEEDINGS:

Pretrial scheduling conference held. Pretrial Scheduling Order to be issued.

Date: June 15, 2021

s/Terianne
Courtroom Deputy