**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,
KPG Corp. f/k/a HKP Corp.,
HKP Corp. Group Benefits Plan,
Group & Pension Administrators, Inc.,
MultiPlan, Inc.,

Defendants.

Court File No. 0:21-cv-00693-JRT-DTS

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc. hereby move the United States District Court, District of Minnesota for an Order dismissing Mayo Clinic's First Amended Complaint as to KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc. in its entirety and with prejudice.

This Motion is based upon all the files, records, and proceedings herein, including memoranda of law to be filed in support of this Motion, supporting declarations and exhibits, and arguments of counsel.

Dated: June 17, 2021

**FOX ROTHSCHILD LLP**

By: s/ Bret A. Puls
Bret A. Puls (#305157)
Two22 Building
222 South Ninth St., Suite 2000
Minneapolis, Minnesota 55402-3338
Tel: (612) 607-7000
Fax: (612) 607-7100
Email: bpuls@foxrothschild.com

Attorneys for Defendants
KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.