**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,
KPG Corp. f/k/a HKP Corp.,
HKP Corp. Group Benefits Plan,
Group & Pension Administrators, Inc.,
MultiPlan, Inc.,

Defendants.

Court File No. 0:21-cv-00693-JRT-DTS

**NOTICE OF HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

**PLEASE TAKE NOTICE** that on a date and time to be determined, Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc., by and through their undersigned counsel, will bring a Motion to Dismiss the First Amended Complaint before the Honorable John R. Tunheim, at the United States District Court, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: June 17, 2021

**FOX ROTHSCHILD LLP**

By: s/ Bret A. Puls
Bret A. Puls (#305157)
Two22 Building
222 South Ninth St., Suite 2000
Minneapolis, Minnesota 55402-3338
Tel: (612) 607-7000
Fax: (612) 607-7100
Email: bpuls@foxrothschild.com

Attorneys for Defendants
KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.