**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,
KPG Corp. f/k/a HKP Corp.,
HKP Corp. Group Benefits Plan,
Group & Pension Administrators, Inc.,
MultiPlan, Inc.,

Defendants.

Court File No. 0:21-cv-00693-JRT-DTS

**MEET AND CONFER STATEMENT**

---

I, Bret A. Puls, representing Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc., hereby certify that on June 17, 2021, counsel for each of the parties met and conferred by telephone regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

As a result of the meet and confer process, the parties do **not** agree on the resolution of any part of Defendant's Motion.

Dated: June 17, 2021

**FOX ROTHSCHILD LLP**

By: s/ Bret A. Puls
Bret A. Puls (#305157)
Two22 Building
222 South Ninth St., Suite 2000
Minneapolis, Minnesota 55402-3338
Tel: (612) 607-7000
Fax: (612) 607-7100
Email: bpuls@foxrothschild.com

Attorneys for Defendants
KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.