**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,
KPG Corp. f/k/a HKP Corp.,
HKP Corp. Group Benefits Plan,
Group & Pension Administrators, Inc.,
MultiPlan, Inc.,

Defendants.

Court File No. 0:21-cv-00693-JRT-DTS

**PROPOSED ORDER**

---

This matter came before the Court on Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint. Based upon the parties' submissions and arguments of counsel, it is HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint against KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc. is GRANTED.

2. Plaintiff's Complaint against KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefits Plan, and Group & Pension Administrators, Inc. is dismissed with prejudice.

Dated: __________, 2021

BY THE COURT:

_________________________________
John R. Tunheim
United States District Judge