**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mayo Clinic,<br><br>Plaintiff,<br><br>v.<br><br>Jeffrey Lee Kittle,<br>KPG Corp. f/k/a HKP Corp.,<br>HKP Corp. Group Benefit Plan,<br>Group & Pension Administrators, Inc.,<br>MultiPlan, Inc.<br><br>Defendants. | Case No.: 0:21-cv-00693-JRT-DTS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by Plaintiff Mayo Clinic and Defendants KPG Corp. f/k/a HKP Corp., HKP Corp. Group Benefit Plan and Group & Pension Administrators, Inc. (collectively the "Parties"), through their respective counsel, that this matter be dismissed in its entirety against said Defendants, without prejudice, and without costs, disbursements, or legal fees to any Party.

Dated: July 21 2021

**D.S. ERICKSON & ASSOCIATES, PLLC**

By s/ Timothy J. Henkel

Timothy J. Henkel (#0389403)
7650 Edinborough Way, Suite 500
Edina, MN 55435
Phone: (612) 333-7600
Facsimile: (612) 333-7611
Email: timothy.henkel@dserickson.com
ATTORNEY FOR PLAINTIFF
MAYO CLINIC

Dated: July 21, 2021

**FOX ROTHSCHILD LLP**

By: /s/ Bret A. Puls

Bret A. Puls (#305157)
Two22 Building
222 South Ninth St., Suite 2000
Minneapolis, Minnesota 55402-3338
Tel: (612) 607-7000
Fax: (612) 607-7100
Email: bpuls@foxrothschild.com

Attorneys for Defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.