**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MAYO CLINIC,

Plaintiff,

v.

JEFFREY LEE KITTLE, et al,

Defendants.

Civil No. 21-693 (JRT/DTS)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

---

Timothy J Henkel, **D.S. ERICKSON & ASSOCIATES, PLLC,** 7650 Edinborough Way, Suite 500, Edina, MN 55402, for plaintiff.

Bret A. Puls, **FOX ROTHSCHILD LLP,** 222 South Ninth Street, Suite 2000, Minneapolis, MN 55402, for defendants KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc.

The parties filed a Stipulation for Dismissal without Prejudice on July 21, 2021 (ECF No. 33). Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action against KPG Corp., f/k/a HKP Corp., HKP Corp. Group Benefit Plan, and Group & Pension Administrators, Inc. is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Dated: August 9, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court