**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SETTLEMENT CONFERENCE MINUTES**

---

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,

Defendant.

**COURT MINUTES**
BEFORE: David T. Schultz
United States Magistrate Judge

Case No. 21-cv-693 (JRT/DTS)
Date: December 1, 2021
Location: zoom
Time Commenced: 9:00 a.m.
Time Concluded: 1:30 p.m.
Total Time: 4 hrs. 30 min.

---

APPEARANCES:

For Plaintiff: Timothy Henkel

For Defendant: Cameron woods, Sarah Dumbacher

PROCEEDINGS:

_X_ No settlement reached.

___ Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel. (Audio: T:/zoom)

Date: December 1, 2021

s/Terianne
Courtroom Deputy