DS ERICKSON
& ASSOCIATES PLLC

April 13, 2022

The Honorable John R. Tunheim
Chambers
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

***Via E-File Only***

Re: Mayo Clinic v. Jeffrey Lee Kittle
Court File No.: 21-cv-693 (JRT/DTS)
Notice of Settlement

Dear Judge Tunheim:

The parties to the above-refenced matter have resolved this dispute. A Stipulation for Dismissal and proposed Order will be filed in short order, once the settlement documents are in place. Should the Court require anything further at this time, please do not hesitate to let counsel for either party know.

Sincerely,

D.S. Erickson & Associates, PLLC

/s/ Timothy J. Henkel
Attorney for Plaintiff

cc: Sarah Dumbacher – Attorney for Defendants (via e-file and e-mail)