**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,

Defendants.

Case No.: 0:21-cv-00693-JRT-DTS

**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-referenced action hereby Stipulate to Dismiss all claims brought by Plaintiff against Defendant with prejudice, the parties shall bear their own attorney's fees and costs.

Dated: May 17, 2022

**D.S. ERICKSON & ASSOCIATES, PLLC**

By: s/ Timothy J. Henkel

Timothy J. Henkel (#0389403)
Gregory Hanson (#0395404)
7650 Edinborough Way, Suite 500
Edina, MN 55435
Phone: (612) 333-7600
Facsimile: (612) 333-7611
Email: timothy.henkel@dserickson.com
gregory.hanson@dserickson.com
ATTORNEYS FOR PLAINTIFF
MAYO CLINIC

Date: May 17, 2022

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: s/ Cameron R. Woods
Cameron R. Woods
MN State Bar No. 0399537
Cameron.Woods@lewisbrisbois.com
Wells Fargo Center
90 S 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612.428.5000
Facsimile: 612.428.5001