**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Mayo Clinic, Plaintiff, | ) | Case No.: 0:21-cv-00693-JRT-DTS |
| v. | ) | **proposed [ORDER]** |
| Jeffrey Lee Kittle, Defendants. | ) | |

Based upon the Stipulation for Dismissal filed by the parties as ECF Doc. No. 45, it is hereby ORDERED:

1. That the above-entitled action is hereby DISMISSED WITH PREJUDICE.
2. That each party shall bear its own attorneys' fees and costs.

Dated: _________________

BY THE COURT

______________________________
Kate M. Menendez
Judge of District Court