**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mayo Clinic,

Plaintiff,

v.

Jeffrey Lee Kittle,
KPG Corp. f/k/a HKP Corp.,
HKP Corp. Group Benefit Plan,
Group & Pension Administrators, Inc.,
MultiPlan, Inc.

Defendants.

Case No.: 0:21-cv-00693-JRT-DTS

**RULE 41 DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Mayo Clinic dismisses this action against MultiPlan, Inc., with prejudice. The parties shall bear their own attorney's fees and costs.

Dated: May 17, 2022

**D.S. ERICKSON & ASSOCIATES, PLLC**

By s/ Timothy J. Henkel

Timothy J. Henkel (#0389403)
Gregory Hanson (#0395404)
7650 Edinborough Way, Suite 500
Edina, MN 55435
Phone: (612) 333-7600
Facsimile: (612) 333-7611
Email: timothy.henkel@dserickson.com
gregory.hanson@dserickson.com
ATTORNEYS FOR PLAINTIFF
MAYO CLINIC