# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mayo Clinic, | Case No. 21-CV-693 (KMM/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Jeffrey Lee Kittle, | |
| Defendant. | |

Pursuant to the parties' Rule 41 Stipulation of Dismissal with Prejudice filed on May 17, 2022 (ECF No. 45), IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Date: May 17, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge